1  **Danning Jiang, Esq. (CA BAR No. 196985)**
   **LAW OFFICES OF DANNING JIANG**
2  **271 North First Street**
   **San Jose, California 95113**
3  **Tel.: (408) 299-0800**
4  **Fax: (408) 299-0300**
   **E-mail: Djiang@jianglawgroup.com**
5
   **Attorneys for Plaintiff and Counter-Defendant**
6  **H & B Beauty Supplies, Inc.**
7

8  **Donald Barker, (CA BAR No. 145464)**
   **Law Offices of Donald M. Barker**
9  **2151 Michelson Drive, Suite 140**
   **Irvine, CA 92612**
10 **E-mail: Lawbarker40@yahoo.com**
11
   **Attorneys for Defendant and Counter-Complainant**
12 **Posh Hair Salon, Inc.**

13

14                    **UNITED STATES DISTRICT COURT**

15                   **NORTHERN DISTRICT OF CALIFORNIA**

16                       **SAN FRANCISCO, CALIFORNIA**

17

| | |
|---|---|
| 18  **H & B BEAUTY SUPPLIES, INC.,**        ) | **CASE NO.  CV 11-04142 SI** |
|                                             ) | |
| 19                                          ) | **STIPULATION AND [P~~ROPOSED~~]** |
|         **Plaintiff,**                      ) | **ORDER MODIFYING** |
| 20                                          ) | **SCHEDULING ORDER** |
|     Vs.                                     ) | |
| 21                                          ) | Courtroom: #10 |
|                                             ) | Judge:     Hon. Susan Illston |
| 22                                          ) | |
|     **POSH HAIR SALON**                     ) | |
| 23  **INCORPORATED, and DOES 1-10,**        ) | |
|     **inclusive,**                          ) | |
| 24                                          ) | Action Filed: August 23, 2011 |
| 25        **Defendants.**                   ) | Trial Date:   February 4, 2013 |

26

27

28

STIPULATION AND ORDER MODIFYING SCHEDULING ORDER                               Page 1

1  Plaintiff and Counter-Defendant H & B Beauty Supplies, Inc. ("Plaintiff") and
2 Defendant and Counter-Complainant Posh Hair Salon Incorporated ("Defendant"), by and
3 through their respective counsel, jointly submit the Stipulation for Order Modifying the
4 Scheduling Order as following:

5  WHEREAS, the Court entered a Scheduling Order on January 25, 2012;

6  WHEREAS, there is a separate action regarding the DOSHA trademark pending in the
7 U.S. District Court for the Central District of California (captioned "DoshaCare, Inc. v. Posh
8 Hair Salon Incorporated," Central District of California Docket No.: 2:11-CV-01322-GAF-
9 FMO) (hereinafter "DoshaCare Action"). The DoshaCare Action has been ordered to
10 mediation. The mediation has been set for November 29, 2012. The mediation status in the
11 DoshaCare Action could impact the settlement in this action;

12  WHEREAS, the parties in this action are willing to engage in further settlement
13 negotiation pending the mediation in the DoshaCare Action;

14  THEREFORE, the parties hereby stipulate, by their undersigned counsel, subject to the
15 Court's approval, to modify the dates in the current outstanding Scheduling Order as follows:

| **ACTION** | **CURRENT DATE** | **REVISED DATE** |
|---|---|---|
| Further Case Management Conference | January 18, 2013 at 3:00 p.m. | |
| Last day to file dispositive motions | November 9, 2012 | February 8, 2013 |
| Last day to file oppositions | November 26, 2012 | February 25, 2013 |
| Last day to file replies | December 3, 2012 | March 4, 2013 |
| Hearing on dispositive motions | December 14, 2012 at 9:00 a.m. | March 15, 2013, at 9:00 a.m. |
| Pretrial Conference | January 22, 2013 at 3:30 p.m. | April 23, 2013 at 3:30 p.m. |
| Trial | February 4, 2013 at 8:30 a.m. | May 6, 2013 at 8:30 a.m. |

SO STIPULATED:

Dated: November 6, 2012          **LAW OFFICES OF DANNING JIANG**

/s/ DANNING JIANG
DANNING JIANG, Esq.
Attorneys for Plaintiff
H & B Beauty Supplies, Inc.

Dated: November 7, 2012          **LAW OFFICES OF DONALD M. BARKER**

/S/ DONALD BARKER
DONALD BARKER, Esq.
Attorneys for Defendant and
Counter-Complainant Posh Hair Salon, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  11/14/12

_____
The Honorable Susan Illston
United States District Judge

STIPULATION AND ORDER MODIFYING SCHEDULING ORDER                    Page 3