**United States District Court**
For the Northern District of California

1
2
3
4
5                      IN THE UNITED STATES DISTRICT COURT
6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   H & B BEAUTY SUPPLIES, INC.,                    No. C 11-4142 SI
9                      Plaintiff,                   **ORDER FOR STATUS REPORT**
10     v.
11  POSH HAIR SALON, INC., *et al.*,
12                     Defendants.
                                                /
13
14          In November, 2012, the parties stipulated to, and requested the Court to order, a continuance of
15  the trial schedule in this action, because a related matter was to be mediated on November 29, 2012.
16  The parties represented that they were willing to engage in further settlement negotiations in this case,
17  following the mediation in the related case.  This Court granted the requested continuance.
18          The parties are directed to file with the Court **a joint status report, no later than December**
19  **21, 2012**, stating whether they have made arrangements for further settlement negotiations in this case
20  and, if so, when and with whom those negotiations will proceed.
21
22          **IT IS SO ORDERED.**
23
24  Dated: December 17, 2012                        _____
25                                                  SUSAN ILLSTON
                                                    United States District Judge
26
27
28